# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 113 WM 2019

         Respondent          :

         v.          :

DOMINIC ANICOLA,          :

         Petitioner          :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of March, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.